UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FELIPE ALMONTE

                              Plaintiff

            -against-               AFFIDAVIT OF SERVICE
                                    CV 06 8242

THE CITY OF NEW YORK, et al.

                            Defendants
--------------------------------------------------------X


**Michael Colihan, Attorney at Law, 44 Court Street Suite 911 Brooklyn, NY 11201**

**(718)488-7788**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DEAN SCOTT, et al

                                Plaintiff

                   -against-                    AFFIDAVIT OF SERVICE
                                                    CV 07 6920

THE CITY OF NEW YORK, et al.

                              Defendants
--------------------------------------------------------X
This document was filed electronically

      MICHAEL COLIHAN, an attorney duly licensed to practice before all the Courts of the state of New York, affirms the truth of the following under penalties of perjury:

      1. I am over eighteen years of age and reside in the state of New York & am not a party to this action.

      2. On August 6, 2007 at approximately 12:00 noon at The New York City Corporation Counsel 100 Church Street, New York NY I served the Summons and Complaint herein upon THE CITY OF NEW YORK, one of the defendants herein, by delivering a true copy of each to Madelyn Santana, a person of suitable age & discretion, who represented she was authorized to accept same.

      3. Your affirming further describes said Madeline Santana as follows:
Hispanic female about 30 years in age, 5 feet 5 inches in height, with short black hair and brown eyes.

                                                   _____
                                                   MICHAEL COLIHAN, ESQ.

Affirmed under penalties of perjury
August 6, 2007