**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Dean Scott, et al.,**

                                       **Plaintiffs,**

                                                                         **NOTICE OF APPEARANCE**

      **-against-**

**City of New York, et al.,**                                              07 Civ. 6920 (RJS)

                                       **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Shawn D. Fabian**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated:  New York, New York
         August 22, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                   of the City of New York
                                              Attorney for Defendant City
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-0906

                                   By:        _____/s/_____
                                                   Shawn D. Fabian (SF4606)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division