Michael Colihan, Attorney at Law, 44 Court Street Suite 911 Brooklyn, NY 11201

(718)488-7788

Hon. Richard J. Sullivan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

This letter was sent regular mail

October 5, 2007

Scott v NYC et al 07 cv 6920

Dear Judge Sullivan:

    I represent the plaintiffs in this action which alleges violation of their civil rights & other related state law causes of action. I write this to request permission to amend the complaint. The sole amendment would be to substitute the name of one of the officers who broke in to the residence of the plaintiffs, terrorized and arrested two of them, for a "John Doe" now in the complaint. The name of this police defendant is Detective George Tsangaris, possibly of the Queens Warrant Squad. No prior request for this relief has been made.

    Thanks for your attention & consideration.

MC/ll

cc: Sean Fabain, Esq.

Very Truly Yours,

Michael Colihan

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/12/07

*Plaintiff shall file an amended complaint by October 19, 2007.*

SO ORDERED  
Dated: 10/12/07  
RICHARD J. SULLIVAN  
U.S.D.J.