UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEAN SCOTT, et al.,

    Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

    Defendants.

No. 07 Civ. 6920 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

In reviewing the Second Amended Complaint filed in this matter, the Court notes that plaintiffs assert that they are residents of Queens County or Kings County, New York, and that the various named and unnamed individual defendants are police officers of the defendant City of New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with alleged injuries plaintiffs suffered as a result of an alleged arrest and assault by defendants in Long Island City, Queens County, New York. It therefore appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York.

Accordingly, all parties currently appearing in this action are ORDERED to submit a letter, not to exceed three (3) pages in length, indicating whether they oppose transfer of this action to the Eastern District of New York and, if so, the basis of their opposition, no later than February 13, 2008. Failure to submit a letter in accordance with this Order will be deemed consent to the transfer.

SO ORDERED.

Dated:    New York, New York
           February 1, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE